# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT EDWIN HOFFMAN, | ) | 1:06-cv-00855-OWW-TAG HC |
| Petitioner, | ) ) | ORDER RE TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | ) ) | |
| JOHN MARSHALL, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition was filed on July 6, 2006. (Doc. 1). Petitioner is presently confined at California Men's Colony, San Luis Obispo, California. (Doc. 1). In his petition, Petitioner alleges that he was denied parole in violation of his constitutional rights . (Doc. 1, pp. 8-57). Petitioner does not appear to challenge his conviction from Tulare County Superior Court; rather, he clearly indicates that he is challenging Governor Schwarzenegger's September 22, 2004 decision to reverse the Board of Prison Terms' decision to grant Petitioner parole. (E.g., Doc. 1, p. 28). Thus, Petitioner is challenging not the fact of his conviction but the execution of his sentence.

As a general matter, venue is preferable in the district of confinement when the petition seeks review of the execution of a sentence. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968)(district of conviction

1

preferable forum to review conviction).  Because Petitioner is challenging the execution of his sentence, venue is proper in the district of his confinement.  In this case, the California Men's Colony, San Luis Obispo, California, is located within the United States District Court for the Central District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **December 15, 2006**                     /s/ **Theresa A. Goldner**
**j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE